U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 25 2012

TONY R. MO__ CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

---

DENISE PLEASANT, ET AL.

versus

THE UNITED STATES OF AMERICA

CIVIL ACTION NO. 11-0380
JUDGE TOM STAGG

---

## JUDGMENT

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the government's motion to dismiss (Record Document 14) is **GRANTED**. This court agrees with and **ADOPTS** the magistrate judge's characterization of the facts in this case. See Record Document 23. The court further **ADOPTS** the Report and Recommendation to the extent that it dismisses the claims of Denise Pleasant. The court **DECLINES TO ADOPT** the analysis and recommendation contained within the Report and Recommendation to the extent that it recommends that the motion to dismiss be denied. All claims by the plaintiffs against the defendant are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the **25**th day of October, 2012.

JUDGE TOM STAGG